**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

GRACIELA DIAZ,

     Plaintiff(s),

v.                                                            Case No:  8:05-CV-620-T-30MSS

JO ANNE BARNHART,
Commissioner of Social Security,

     Defendant(s).
_____/

**O R D E R**

**THIS CAUSE** came on for consideration upon the Report and Recommendation

submitted by Magistrate Judge Mary S. Scriven (Dkt. #9), the Objections to the Report and

Recommendation of Magistrate (Dkt. #10), and the Response to Plaintiff's Objections to

Report and Recommendation of Magistrate (Dkt. #11) filed thereto.

After careful consideration of the Report and Recommendation of the Magistrate

Judge and the objections and response thereto in conjunction with an independent

examination of the file, the Court is of the opinion that the Magistrate Judge's Report and

Recommendation should be adopted, confirmed, and approved in all respects.

**ACCORDINGLY**, it is therefore, **ORDERED AND ADJUDGED**:

1)      The Report and Recommendation (Dkt. #9) of the Magistrate Judge is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

2)      The decision of the Defendant Commissioner is AFFIRMED.

3)      The Clerk is directed to enter judgment pursuant to Rule 58 in favor of the Defendant.

4)      The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on September 19, 2006.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE


**COPIES FURNISHED TO**:
Counsel/Parties of Record


S:\Even\2005\05-cv-620.adoption 9 final version.wpd